# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America <br> v. <br> Quincy Richard | ) <br> ) <br> ) Case No: 4:02CR40014-001 <br> ) <br> ) USM No: 06624-010 |
| Date of Original Judgment: October 02, 2003 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) John F. Stroud, III <br> Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    X  DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 8 2012

CHRIS R. JOHNSON, CLERK
BY _____ 
DEPUTY CLERK

Except as otherwise provided, all provisions of the judgment dated  October 02, 2003  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7 March 2012

Judge's Signature

Effective Date: _____
*(if different from order date)*

Harry F. Barnes  U.S. Dist Judge
Printed name and title

Senior